UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA LEE, as Parent and Natural Guardian of V.G., and SANDRA LEE, Individually,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the New York City Department of Education,<br><br>　　　　　　　　Defendants. | 25-CV-623 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　As discussed at today's status conference, Plaintiffs' motion for summary judgment is due on **May 20, 2025**; Defendants' opposition and cross-motion for summary judgment is due on **June 20, 2025**; Plaintiffs' reply in further support of their summary judgment motion and opposition to Defendants' cross-motion is due on **July 7, 2025**; and Defendants' reply in further support of their cross-motion is due on **July 21, 2025**.

DATED:　April 21, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge