UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA LEE,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>MELISSA AVILES-RAMOS,<br><br>　　　　　　Defendant. | 25cv00623 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　The request to extend the briefing schedule is granted. The new deadlines are as follows: revised summary judgment motion and record is due **June 3, 2025**; Defendants' opposition and cross-motion for summary judgment shall be due by **July 10, 2025;** Plaintiffs' reply in further support of their motion and opposition to Defendants' cross-motion is due by **July 28, 2025;** and Defendants' reply in further support of their cross-motion shall be due by **August 11, 2025**. Plaintiffs may file a request to file under seal by following the instructions set out in my individual practices.

DATED:　May 29, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge