UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA LEE, AS Parent and Natural Guardian of V.G., and SANDRA LEE, Individually<br><br>Plaintiffs,<br><br>-against-<br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION<br><br>Defendants. | 25 -CV-623 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 4, 2025 (ECF 24), Plaintiffs filed a letter-motion to seal the certified administrative record ("Record") in this action seeking relief pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 *et seq.* (the "IDEA"). Plaintiffs request that the entire Record be sealed because the Record "contains confidential and personally identifiable details about V.G., a minor, including particularly sensitive information regarding his health and his education" and redaction would be "overly burdensome because the Record exceeds 1,300 pages and is replete with confidential information." (*Id.* at 2.)

Plaintiff is correct that "Courts often permit filings under seal in IDEA actions to protect the privacy interests of minor plaintiffs, including the confidentiality of their medical and other sensitive information." (*Id.* at 1.) However, having conducted a preliminary review of the Record, I am not persuaded that the entire Record must be sealed to protect the privacy interest of the minor Plaintiff: certain exhibits have sensitive personal information and non-sensitive information. "Rather than sealing these exhibits in full, it is appropriate for them to be publicly filed, with [V.G.'s] sensitive information redacted." *A.S. on behalf of T.B. v. New York*

*City Dep't of Educ.*, No. 23-CV-4580 (JPC), 2024 WL 4354894 at 2 n.2 (S.D.N.Y. Sept. 30, 2024) (granting request to seal exhibits containing the plaintiff's sensitive personal information but denying the request as to other exhibits and requiring those exhibits to be resubmitted pursuant to the judge's individual rules). Therefore, Plaintiffs are directed, by September 5, 2025, to submit appropriate proposed redactions as required by my Individual Rules and Practices.

    The Clerk of Court is respectfully requested to terminate ECF 24.

DATED: August 14, 2025
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

2