**LIBERTY & FREEDOM LEGAL GROUP, LTD**

September 8, 2025

**VIA ECF**
Honorable Robyn F. Tarnofsky
District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *Lee et al. v. Aviles-Ramos et al.*, 25-cv-00623-VSB-RFT
           Request for *Nunc Pro Tunc* Extension of Time

Dear Judge Tarnofsky:

    Per the Court's Order dated August 15, 2025 (ECF No. 33), Plaintiffs were directed to submit appropriate proposed redactions to the record by September 5, 2025. However, due to the size of the record at approximately 1,313 pages as well as technical difficulties redacting and preparing the certified record for electronic filing, counsel could not, with all due diligence, file the redacted certified record by this past Friday.

    Therefore, Plaintiffs respectfully request a *nunc pro tunc* extension of time to file the proposed redactions of the certified record by September 12, 2025. Plaintiffs have not previously sought an extension of time to file proposed redactions of the certified record. Counsel sought Defendants' counsel position on this motion, but did not receive a response.

Respectfully Submitted,

*Nicole Lancia*
Nicole Lancia, Esq.

Cc: All Counsel of Record via ECF.

---

Application GRANTED. Plaintiffs' deadline to submit proposed redactions to the record is extended nunc pro tunc until **September 12, 2025.**

The Clerk of Court is respectfully requested to terminate ECF 34.

Dated: September 8, 2025
      New York, NY

SO ORDERED

*Robyn F. Tarnofsky*
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

---