

September 8, 2025

**VIA ECF**
Honorable Robyn F. Tarnofsky
District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *Lee et al. v. Aviles-Ramos et al.*, 25-cv-00623-VSB-RFT
      Request for *Nunc Pro Tunc* Extension of Time

Dear Judge Tarnofsky:

    Per the Court's Order dated August 15, 2025 (ECF No. 33), Plaintiffs were directed to submit appropriate proposed redactions to the record by September 5, 2025. However, due to the size of the record at approximately 1,313 pages as well as technical difficulties redacting and preparing the certified record for electronic filing, counsel could not, with all due diligence, file the redacted certified record by this past Friday.

    Therefore, Plaintiffs respectfully request a *nunc pro tunc* extension of time to file the proposed redactions of the certified record by September 12, 2025. Plaintiffs have not previously sought an extension of time to file proposed redactions of the certified record.

    <u>Shortly after Plaintiffs filed their original request, Defendants' counsel responded that they consent to Plaintiffs' motion.</u>

Respectfully Submitted,

*Nicole Lancia*
Nicole Lancia, Esq.

Cc: All Counsel of Record via ECF.

---

> Application DENIED AS MOOT. The same request was previously granted in the order at ECF 36.
>
> The Clerk if Court is respectfully requested to terminate ECF 35.
>
> Dated: September 8, 2025
>         New York, NY
>
> SO ORDERED
>
> /s/ Robyn F. Tarnofsky
> **ROBYN F. TARNOFSKY**
> **UNITED STATES MAGISTRATE JUDGE**

---

646-850-5035 | 30 East 33rd Street, 12th Floor, New York, NY 10016 | LibertyFreedom.law