UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA LEE, as parent and natural guardian of V.G., and SANDRA LEE, individually,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　　　Defendants. | 25-CV-0623 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　　　On October 3, 2025, Plaintiff's filed updated materials in redacted form. (ECF 41.) The updated materials largely comply with my order to file an appropriately redacted version of the administrative record on the docket. (ECF 33; ECF 40.) However, their filing fails to redact all instances of the minor plaintiff's first and last names. The following further redactions must be made: Document 41-10, page 27, last paragraph; Document 41-11, page 17, last line of ¶13; Document 41-13, page 15, first paragraph; and Document 41-21, page 36, under the section titled "Reason for referral." Accordingly, Plaintiff's counsel shall have until **October 17, 2025** to re-file an updated redacted version of the administrative record on the docket.

　　　　The Clerk of Court is respectfully requested to seal the attachments to ECF 41, with access to counsel for the parties' and Court personnel.

DATED:　October 6, 2025　　　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge