UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                             :

SANDRA LEE, *et al.*,                   :

                       Plaintiffs,     :

                                             :

                     -against-          :                     25-CV-623 (VSB)

                                               :

MELISSA AVILES-RAMOS, *et al.*,      :                  **ORDER**

                                               :

                       Defendants.    :
-------------------------------------------------------------- X
VERNON S. BRODERICK, United States District Judge:

On May 20, 2025, Plaintiffs filed their motion for summary judgment and supporting papers. (Docs. 14–17.) On May 29, 2025, Plaintiffs sought leave to revise and refile the motion so that it could represent the full administrative record. (Doc. 18.) That same day, Magistrate Judge Robyn F. Tarnofsky granted the request to extend the briefing schedule, setting filing dates for the "revised summary judgment motion and record." (Doc. 20.) On June 4, 2025, Plaintiffs filed their revised summary judgment motion and accompanying papers, including a certified copy of the administrative record. (Docs. 21–25.) The Court is also in receipt of Defendants' response and cross-motion for summary judgment, (Docs. 26–28), Plaintiffs' opposition to Defendants' cross-motion and reply in further support of their motion for summary judgment, (Doc. 29), and Defendants' reply in support of their cross-motion, (Doc. 30). Plaintiffs' June 4, 2025 revised summary judgment motion is still pending for consideration by the Court.

Accordingly, because Plaintiffs' summary judgment motion has been revised and refiled as a separate document, the May 20, 2025 motion is DENIED as moot, and the Clerk of Court is respectfully directed to terminate the motion at Document 14.

SO ORDERED.

Dated:       March 25, 2026
                New York, New York

                                        Vernon S. Broderick
                                        United States District Judge